February 2006                                                                                                       2006 USBC Central District of California

|  | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |  |
|---|---|---|
| In re | Kevin Nelson & Tara Hall | CHAPTER:   7 |
|  | Debtor(s). | CASE NO.: 10-58643 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, __Kevin Nelson__, the debtor in this case, declare under penalty
    *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, __Tara Hall__, the debtor in this case, declare under penalty of
    *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date __11/12/2010__                      Signature __/s/ Kevin Nelson__
                                                                                                  *Debtor*

Date __11/12/2010__                      Signature __Tara Hall__
                                                                                                *Joint Debtor (if any)*

```
*** REC 2010314  140330 H8B115E0 DF3Q  CIPQYAG  PQAG  (F-DF3 )  ***
```

SOCIAL SECURITY ADMINISTRATION

                                                                          Date: November 10, 2010
                                                                          Claim Number: 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C1

TARA J HALL
2236 HAUSER BLVD
NO 1
LOS ANGELES CA 90016-2077



WILSHIRE CENTER
NOV 1 0 2010
D44
LOS ANGELES, CA 90010

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2008, the full monthly
    Social Security benefit before any deductions is......$ 846.50

      We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 846.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

    There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.